IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST R. PARKER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action 07-00376-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") and that the award be limited to the EAJA rate of $164.90 per hour, thereby resulting in an award of $2,143.70 for 13 attorney hours spent representing Plaintiff in connection with this action**.**

**DONE** and **ORDERED** this the 22nd day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE