**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ERNEST R. PARKER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * **Civil Action 07-00376-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| **Defendant.** | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and there having been no objections filed, the Amended Report and

Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated

December 11, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 31st day of December, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**