## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST R. PARKER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * **Civil Action 07-00376-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| **Defendant.** | * |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered

in this Court the sum of $2,224.00 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award,

petitioner is to refund to plaintiff the EAJA attorney-fee award made in this case of $2,143.70.

**DONE** and **ORDERED** this the 31st day of December, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**
